**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| POLITICAL BODI EL BEY, a/k/a Terrell Parris; and PARRIS ALI EL BEY, ARNA-INNERG Enterprise | PLAINTIFFS |
| v.   NO. 5:14CV00310 JLH-JTR | |
| DAVID G. HENRY, Circuit Judge, Arkansas County, *et al.* | DEFENDANTS |

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, this case is dismissed with prejudice. This action is terminated, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 31st day of October, 2014.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE